UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN S. ANDERSON,<br><br>    Plaintiff,<br><br> v.<br><br>KETTLE FALLS INTERNATIONAL RAILWAY, LLC, a Colorado corporation,<br><br>    Defendant. | NO: CV-11-347-RMP<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL |

**BEFORE** the Court is the parties' Joint Motion for Dismissal, ECF No.69. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Dismissal, **ECF No. 69**, is **GRANTED.** Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, and provide copies to counsel. This case **remains closed**.

**DATED** this 30th day of December, 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2